1  Kevin J. McInerney, Esq. (46941)
   kevin@mcinerneylaw.net
2  Kelly McInerney, Esq. (200017)
   kelly@mcinerneylaw.net
3  Charles A. Jones, Esq. (224915)
4  caj@mcinerneylaw.net
   MCINERNEY & JONES
5  18124 Wedge Parkway #503
   Reno, NV 89511
6  Telephone:    (775) 849-3811
7  Facsimile:    (775) 849-3866

8  James F. Clapp, Esq. (145814)
   jclapp@sdlaw.com
9  Zachariah P. Dostart, Esq. (255071)
   zdostart@sdlaw.com
10 DOSTART CLAPP & COVENEY, LLP
11 4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122
12 Telephone:    (858) 623-4200
   Facsimile:    (858) 623-4299
13
14 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Civil Case No. 3:10-cv-02808 EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL** |

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to FRCP 41(a)(1).

Dated: May 23, 2012                        /s/ Kevin J. McInerney
                                           Kevin J. McInerney
                                           *Attorney for Plaintiff*

Dated: May 23, 2012                        /s/ Lindbergh Porter, Jr.
                                           Lindbergh Porter, Jr.
                                           *Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Edward M. Chen
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

**PROOF OF SERVICE**
*Susan Young v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California
Case No. 3:10-cv-02808 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On May 23, 2012, I served the foregoing document(s) described as:

      STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq.<br>lporter@littler.com<br>Richard H. Rahm, Esq.<br>rrahm@littler.com<br>LITTLER MENDELSON, PC<br>650 California St., 22nd Floor<br>San Francisco, CA 94108<br>Telephone:    (415) 433-1940<br>Facsimile:    (415) 399-8490 | James F. Clapp, Esq.<br>jclapp@sdlaw.com<br>Zachariah P. Dostart, Esq.<br>zdostart@sdlaw.com<br>DOSTART CLAPP & COVENEY, LLP<br>4370 La Jolla Village Drive, Suite 970<br>San Diego, CA 92122<br>Telephone:    (858) 623-4200<br>Facsimile:    (858) 623-4299 |

<u>XX</u>  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 23, 2012 at Reno, Nevada.

_____
Jennifer Smith

PROOF OF SERVICE